Aaron M. Waite, Esq.
Nevada Bar No. 7947
Charles L. Kennon, III, Esq.
Nevada Bar No. 7772
WEINSTEIN & RILEY P.S.
6785 S. Eastern Avenue, Suite 4
Las Vegas, NV 89119
Telephone: 702-507-6405
Email: AaronW@w-legal.com
Email: CharlesK@w-legal.com,
Counsel for Defendant
FCI Lender Services, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PAUL B. WINKLER, an individual,

    Plaintiff,

vs.

FCI LENDER SERVICES, INC.,
a Foreign Corporation,

    Defendants.

Case No. 2:18-cv-02369-APG-PAL

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT FCI LENDER SERVICES, INC. TO ANSWER THE COMPLAINT**
**(First Request)**

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

# STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT FCI LENDER SERVICES, INC. TO ANSWER THE COMPLAINT
## (First Request)

Plaintiff PAUL B. WINKLER, and Defendant FCI LENDER SERVICES, INC., through their respective counsel, having discussed the claims and defenses in this case, stipulate and move the Court to order that the deadline for Defendant FCI LENDER SERVICES, INC. to respond to the Complaint in this case is February 8, 2019.

This is the first extension request, is made in good faith, and is not made with the purpose of delay.

By: /s/ Aaron M. Waite     Date: January 9, 2019
Aaron M. Waite, Esq.
Charles L. Kennon, III, Esq.
Weinstein & Riley, PS
6785 S. Eastern Avenue, Suite 4
Las Vegas, NV 89119
Telephone: (702) 507-6403
Attorneys for Defendant
FCI Lender Services, Inc.

By: /s/ Erik W. Fox     Date: January 7, 2019
Jamie S. Cogburn, Esq.
Erik W. Fox, Esq.
Cogburn Law Offices
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Attorneys for Plaintiff
Paul B. Winkler

## ORDER

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: January 10, 2019

- 2 -