**COGBURN LAW OFFICES**
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL B. WINKLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FCI LENDER SERVICES, INC., a Foreign Corporation,<br><br>Defendants. | Case Number<br>2:18-cv-02369-APG-PAL<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS**<br><br>**(FIRST REQUEST)** |

Plaintiff Paul B. Winkler and Defendant FCI Lender Services, Inc. (collectively the "Parties"), by and through their respective counsel of record, stipulate to stay all further proceedings, including discovery, in the above captioned matter for ninety (90) days in order to participate in meaningful settlement negotiations while conserving the Parties' and the Court's resources.

. . .

. . .

. . .

. . .

The Parties further stipulate and agree that, in the event a settlement cannot be reached, they will submit their proposed Discovery Plan and Scheduling Order on or before **July 15, 2019**.

Dated this 29th day of April, 2019.　　　　Dated this 23 day of April, 2019.

**COGBURN LAW OFFICES**　　　　　　　**WEINSTEIN & RILEY P.S.**

By: /s/Erik W. Fox　　　　　　　　　　　By: _____
Name: Jamie S. Cogburn, Esq.　　　　　　Name: Aaron M. Waite, Esq.
　　　Nevada Bar No. 8409　　　　　　　　　　　Nevada Bar No. 7947
　　　Erik W. Fox, Esq.　　　　　　　　　　　　Charles L. Kennon, III, Esq.
　　　Nevada Bar No. 884　　　　　　　　　　　Nevada Bar No. 7772
　　　2580 St. Rose Parkway, Suite 330　　　　6785 S. Eastern Ave., Suite 4
　　　Henderson, Nevada 89074　　　　　　　　Las Vegas, Nevada 89119
　　　*Attorneys for Plaintiff*　　　　　　　　　*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

May 2, 2019
_____
DATE